IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) BRIAN and DEBBIE KRUSE as parents and next friends of S.K., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>1) OHIO CASUALTY CORPORATION,<br>2) OHIO CASUALTY INSURANCE COMPANY,<br>3) LIBERTY MUTUAL INSURANCE COMPANY,<br>and<br>4) AMERICA FIRST INSURANCE COMPANY,<br><br>Defendants. | No.   CIV-13-354-FHS-KEW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Brian and Debbie Kruse as parents and next friends of S.K., a minor, by and through their attorney, Mark E. Fields of STEIDLEY & NEAL, P.L.L.C., pursuant to FED. R. CIV. P. 41, hereby **DISMISSES WITH PREJUDICE TO REFILING** all claims and causes of action filed herein against the Defendants, 1) Ohio Casualty Corporation, 2) Ohio Casualty Insurance Company, 3) Liberty Mutual Insurance Company and 4) America First Insurance Company. The Defendants join Plaintiffs in their stipulation for Dismissal With Prejudice.

Dated the 9 day of June, 2014.

_____
Mark E. Fields, OBA #19091
Steidley & Neal, P.L.L.C.
*Attorneys for Plaintiffs*

_____
William W. O'Connor, OBA #13200
Jerrick L. Irby, OBA #30876
Newton O'Connor Turner & Ketchum, P.C.
*Attorneys for Defendants*